**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-22837-BLOOM**

ADRIAN ALEJANDRO ABDUL
KHALEK SALAZAR,

      Petitioner,

v.

WARDEN, Federal Detention Center Miami,
U.S. Immigration and Customs Enforcement ("ICE"),
GARRETT RIPA, Director, Miami Field Office,
ICE, Enforcement and Removal Operations;
TODD M. LYONS, Acting Director of ICE;
MARKWAYNE MULLIN, Secretary, U.S.
Department of Homeland Security; TODD
BLANCHE, Deputy U.S. Attorney General;

      Respondents.

_____/

## ORDER ON PETITION FOR WRIT OF HABEAS CORPUS

**THIS CAUSE** is before the Court upon Petitioner Adrian Alejandro Abdul Khalek

Salazar's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition").

ECF No. [1]. Petitioner challenges his detention in Immigration and Customs Enforcement

("ICE") custody at the Federal Detention Center ("FDC") in Miami, Florida, and seeks immediate

release from custody or a bond hearing before an immigration judge. ECF No. [1] ¶ 13.

The Court issued an Order to Show Cause, indicating that it was inclined to grant

Petitioner's request for an individualized bond hearing under 8 U.S.C. § 1226(a) based on the facts

presented in the Petition. *See* ECF No. [4]. Respondents argued that this Court lacks jurisdiction

over Petitioner's claims and that Petitioner is properly held without bond pursuant to 8 U.S.C.

§ 1225(b)(2). ECF No. [5]. The Eleventh Circuit rejected Respondents' arguments in its decision

Case No. 26-cv-22837-BLOOM

in *Hernandez Alvarez v. Warden, Fed. Det. Ctr. Miami*. *See* 175 F.4th 1258 (11th Cir. 2026). On July 9, 2026, Respondents filed a Notice of Bond Hearing, indicating that, consistent with § 1226(a), Petitioner was provided with an individualized bond hearing on July 6, 2026. ECF No. [8]. Petitioner was granted a $12,000 bond and waived appeal. ECF No. [8-1]. Respondents filed a Notice indicating that Petitioner was released from immigration custody on July 10, 2026. *See* ECF No. [9].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Because Petitioner has received an individualized bond hearing pursuant to § 1226(a) and was released from immigration custody, Petitioner's Petition for Writ of Habeas Corpus, **ECF No. [1]**, is **DENIED AS MOOT**.

2. The Clerk of Court shall **CLOSE** this case.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 14, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

2